# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-51040
c/w No. 13-51136
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
July 17, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ERNEST LEE MCCARTY,

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 7:13-CR-50-6
USDC No. 7:13-CR-148-1

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Ernest Lee McCarty has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). McCarty has filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as McCarty's response.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-51040
c/w No. 13-51136

We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review.    Accordingly, counsel's motions for leave to withdraw are GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED.  *See* 5TH CIR. R. 42.2.